22 F.3d 303
 Taylor (Moses Bernard)
v.
Castle (Michael N.), Governor, Watson (Robert J.),
Commissioner, Snyder (Robert), Acting Warden, Risley (Hank),
Bureau Chief, Hobler (Bruce), Principal, Kobus (Francene),
Inmate Legal Services Administrator, Gregory (Theopolis),
Attorney, Ranger (Dianne), Paralegal, Horvath (Clement),
Stiller (Melissa), Paralegal
 NO. 93-7733
 United States Court of Appeals,
Third Circuit.
 Mar 31, 1994
 
 Appeal From: D.Del.,
 Farnan, J.
 
 
 1
 AFFIRMED.